USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

JACQUELINE ANDERSON,

Plaintiff,

-v -

JEWISH HOME LIFECARE, MANHATTAN,

Defendant.

----------------------------------------------------------------- X

1:25-cv-10787-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 13, 2026 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than July 28, 2026. Dkt. No. 16. If the parties instead wished to resolve the case by a stipulation that dismisses FLSA claims without prejudice, they were directed to submit such a stipulation and certification August 4, 2026. *Id.* Or if the parties instead wished to resolve the case by an offer and acceptance of judgment pursuant to Rule 68(a), they were directed to submit the executed offer and acceptance by July 28, 2026, as described in the Court's July 1, 2024 order. *Id.* None of these documents has been submitted. Accordingly, the parties are directed to comply with the Court's July 13, 2026 order forthwith, and in no event later than August 19, 2026.

SO ORDERED.

Dated: August 11, 2026

GREGORY H. WOODS
United States District Judge